RECEIVED & FILED

'00 APR 11 PM 2 53

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN.P R

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO


ARIEL ACOSTA-ORTIZ, ET AL
        Plaintiff(s),

                    v.                          Civil  No. 98-2446(PG)

DEN CARIBE I, INC. d/b/a
DENNY'S RESTAURANTS (PUERTO RICO)
        Defendant.


| MOTION | ORDER |
|---|---|
| Docket #20 - Motion For Additional Findings Of Fact And For Partial Amendment Of Judgment. | Denied |


Date: ~~December~~ April 10 , ~~1999~~ 2000.


                                        JUAN M. PEREZ-GIMENEZ
                                        U.S. District Judge

